IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY RODRIGUEZ, | : | Civil No. 3:21-cv-56 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN ERIC BRADLEY, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 22nd day of July, 2021, upon consideration of the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1), and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice.

2. Petitioner's motion (Doc. 12) to amend is **GRANTED** and the amended document (Doc. 13) is accepted as filed.

3. The motion (Doc. 4) to appoint class counsel and for class certification is **DISMISSED** as moot.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge